Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT

**RECEIVED**

for the

Western District of Louisiana

MAR 0 7 2022

Alexandria Division

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

Rosalinda Mohammed
Luis Degante, Diana Lee Perez
Joselyn Caridad Rodriguez

_____

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Dr Markey

_____

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

1:22-cv-00662 SECP

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Luis Degante

Street Address      P.O. Box 4050

City and County     Pollock     Grant Parish

State and Zip Code  Louisiana    91467

Telephone Number

E-mail Address

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

cont: The Parties to this Complaint

1. A. Diana Lee Perez
   504 W Cedar St
   Arlington, Texas 76011

   Joselyn Caridad Rodriguez
   6216 Minute Man Lane
   Arlington, Texas 76002

   Rosalinda Mohammed
   710 N. Pecan Street
   Arlington, Texas 76011

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Dr Markey |
| Job or Title *(if known)* | Medical Doctor |
| Street Address | 1000 Airbase Road |
| City and County | Pollock   Grant Parish |
| State and Zip Code | Louisiana   71467 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II.     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Personal Injury, Medical Malpractice, Eigth Amendment Violation, Deliberate Indifference*

B.      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

   a.      If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b.      If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

   a.      If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

    The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On September 4th 2020 Dr. Markey did operate on Luis Degante's penis to treat the Caliopis Cutis, Luis Degante recieved only local anesthesia for the operation instead of being put under fully for the operation. During surgery Luis Degante had to recieve multiple anesthetics because pain was still felt in his penis while Dr. Markey was cutting on him. After surgery Dr. Markey stitched Luis Degante's penis up without stopping the bleeding from the surgery. Medical Assistant Frudge witnessed Dr. Markeys surgery on Luis Degante. When Dr. Markey failed to cont....

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Plaintiffs jointly request a compensatory jury trial award in the amount of Three Million United States Dollars ($U.S. 3,000,000.00) for Medical Malpractice, Eighth Amendment and Deliberate Indifference violations. Plaintiff Degante has ongoing issues from the surgery that continue at this time. Plaintiff Degante moves for a punitive cont...

III Statement of Claim    Cont....

Stop the bleeding after surgery; Luis Degante's penis turned purple and swollen. Luis Degante requested to go back to the Medical department because of the pain and blood filling his penis cavity. Nurse Practitioner Smith examined Luis Degante and declared an medical emergency and sent Luis Degante to a local hospital. Local Hospital staff diagnosed Luis Degante with a himatomea in his penis as a result of the surgery performed by Dr. Markey. Local Hospital staff attested to the fact that the penis of Luis Degante should've only been operated on by a certified specialist for that procedure. Dr. Markey is not Urology certified. Dr Markey's surgery on Luis Degante's penis left a hole on the Left side of said penis for at least six weeks post surgery. Dr Markey Failed to remove all the Caliopis Cutis from Luis Degantes Penis for which he operated on. Luis Degante still suffers pain from this surgery performed by Dr Markey. . Medical Malpractice Claim

Dr. Markey having the knowledge and skill of a practicing Medical Doctor did show deliberate by refusing Luis Degante a referal to a Urology specialist with the expertise to operate on a penis. Dr Markey showed deliberate indifference and violated the Constitution...

[4] cont

III Statement of Claim    Cont

When Plaintiff Rosalinda Mohammed, Diana Lee Perez and Joselyn Caridad Rodriguez were made aware that Dr Markey lacked the expertise of a Urologist, had stitched up Luis Degante post surgery without stopping the bleeding first causing a hematoma, had to keep administering anesthetics locally during surgery on Luis Degantes penis and failed to remove all of the Caliopis Cutis .... there was immense unjust pain and suffering. Plaintiff Mohammed was in fear of losing her son's life, the thoughts of and possibility of having no more grandchildren. Plaintiff Perez had to wrestle with and fear the possible death of her brother and lack of access to medical professionals to treat his on-going penile medical issues. Plaintiff Rodriguez suffered with anguish suffered unjustly being the mother of Luis Degante's children, being Degantes lover and being Degantes representative. Plaintiffs Mohammed, Rodriguez and Perez filed complaints with BOP. Gov due to Dr Markeys actions and Luis Degantes Continued medical condition due to the Caliopis Cutis that remains in Luis Degantes Penis. Therefore Plaintiff Mohammed, Perez and Rodriguezs Eigth Amendment Rights have been violated.

[4]

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

award of $ 250,000.00 (Two Hundred and Fifty thousand United States dollars for Dr. Markey injuring my penis with the knowledge that a Urologist should've been me.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    X  3.1.22

Signature of Plaintiff    X Luis Deganfe Iroschmidt... for R—

Printed Name of Plaintiff    Luis Desanfe  Iselyn Rodrigues  Diana Perez, Rosalinda mohammed

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address