(Rev. 12/8/2020)

RECEIVED

APR 18 2022

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**LUIS DEGANTE ET AL #27241078**          **CASE NO. 1:22-CV-00662 SEC P**

**VERSUS**                              **JUDGE DRELL**

**DR MARKEY**                           **MAGISTRATE JUDGE PEREZ-MONTES**

**COMPLAINT**
**BY PRISONER UNDER 28 U.S.C. § 1331 OR BIVENS V. SIX UNKNOWN NAMED**
**AGENTS OF THE FEDERAL BUREAU OF NARCOTICS, 403 U.S. 388 (1971)**

I.    **Previous Lawsuits**

   a.   Have you begun any other lawsuit while incarcerated or detained in any facility?
        Yes ☐    No ☒

   b.   If your answer to the preceding question is "Yes," provide the following information.

        1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if
             state court, identify the county of parish):
             N/A
             _____

             _____

        2.   Name the parties to the previous lawsuit(s):

             Plaintiffs: ___N/A_____

             Defendants: _____

        3.   Docket number(s): ___N/A_____

        4.   Date(s) on which each lawsuit was filed: _N/A_____

        5.   Disposition and date thereof [For example, was the case dismissed and when? Was
             it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

             N/A_____

   c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which
        has been dismissed?
        Yes ☐    No ☒

Page **1** of 4

(Rev. 12/8/2020)

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.   a. **Name of institution and address of current place of confinement:**
Luis Gerrardo Degante

P.O. BOX 4050, Pollock, Louisiana, 71467 _____

b. Is there a prison grievance procedure in this institution?
Yes ☒   No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☒ No ☐

If "Yes," what is the Administrative Remedy Procedure number?

Remedy ID NO : 1085979 _____

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

Administrative Tort Claim No : TRT-SCR-2021-00520 _____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.   **Parties to Current Lawsuit:**

a. Name of Plaintiff. _____ Diana Lee Perez _____

Page **2** of **4**

(Rev. 12/8/2020)

Address: 504 W. Cedar Street, Arlington, Texas 76011

b. Defendant, Dr. Markey _____, is employed as

a Medical Doctor _____ at 1000 Airbase Road, Pollock FCI 71467.

Defendant, _____, is employed as

_____ at _____.

Defendant, _____, is employed as

_____ at _____.

Additional defendants: _____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On September 4th, 2020 Dr Markey did operate on Luis Degänte's penis to treat

the Caliopis Cutis. Luis Degante recieved only local anesthesia for the oper

ation instead of being fully sedated for the operation. During surgery Luis

Degante had to recieve multiple anesthetics because pain was still felt in his penis while Dr. Markey was cutting on him. After surgery Dr. Markey stiched Luis Degante's penis up without stopping the bleeding from surgery. Medical assistant Frugee witnessed Dr. Markeys surgery on LUis Degante. When Dr. Markey failed tostop the bleeding after surgery... Luis Degante's penis turned purple and swollen. Luis Degante requested to go back to the Medical Department. because of the pain and blood filling his penis cavity. Nurse Practitioner Smith examined Luis Degante's penis and declared a medical emergency and sent Luis Degante to a local hospital. Local hospital staff diagnosed Luis Degante with a himatomea in his penis as a result of the surgery performed by DR. Markey. Local hospital staff attested to the fact that thepenis of Luis Degante should've only been operated on by a certified specialist for that procedure. Dr. Markey is not urology certified. Dr. Markey's surgery on LuisDegante's penis left a hole on the left side of his penis for at least six weeks post surgery. Dr. Markey failed to remove all the Caliopis Cutis from Luis Degante's penis for which he operated on. Luis Degante still suffers pain from this surgery cont...

Page 3 of 4

III.   PARTIES TO CURRENT LAWSUIT CONT:

Joselyn Caridad Rodriguez
6216 Minute Man Lane
Arlington, Texas 76002


Rosalinda Mohammed
710 N. Pecan Street
Arlington, Texas 76011

(Rev. 12/8/2020)

**V.  Relief**

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

Plaintiffs jointly request a compensatory jury award in the amount of Three Million United States Dollars [$3,000,000.00] for Medical Malpractice, Eighth Amendment and Deliberate Indifference Violations. Plaintiff Luis Degante has continuing pain and issues stemming from the surgery to this day. The plaintiff's move for a punitive award of Two Hundred and Fifty Thousand United States Dollars[$250,000.00] for Dr.Markey injuring Luis Degante's Penis knowing that a Urologist should've operated on him.

**VI.  Plaintiff's Declaration**

a.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.  If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _April/1/22_ day of _April_ , 20_22_ .

_27241-078_

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons**

_Luis Degante_

**Signature of Plaintiff**

IV. STATEMENT OF CLAIM CONT.......

performed by Dr. Markey. [MEDICAL MALPRACTICE CLAIM]

Dr.Markey having the knowledge and skill of a practicing Medical Doctor did show Deliberate Indifference by refusing Luis Degante a refferal to a Urology Specialist with the expertise to operate on a penis. Dr. Markey showed deliberate indifference and violatedthe constitution when plaintiff Rosalinda Mohammed, Diana Lee Perez and Joselyn Caridad Rodriguez were made aware the Dr.Markey lacked the expertise of a Urologist, had stiched up Luis Degante post surgery without stopping the bleeding first causing a himatomea, had to keep administering anesthetics locally during surgery on Luis Degante's penis ...and failed to remove all the Caliopis Cutis there was immense unjust pain and suffering. Plaintiff Mohammed was in fear of losing her son's life,along withthe thoughts of possibly having no more grand children. Plaintiff Perez had to wrestle with and fear the possible death of her brother and lack of access to medical professional's to treat his ongoing penile medical issues. Plaintiff Rodriguez suffered with anguish unjustly being the mother of Luis Degante's children, being Degante's lover and being Degante's representative. Plaintiffs Mohammed, Rodriguez, and Perez filed complaints with BOP.GOV due DR. Markey's actions and Luis Degante's continued medical condition due to the Caliopis Cutis that remains in Luis Degante's penis to this day. Therefore Plaintiffs Mohammed, Perez and Rodriguez's Eigth Amendment Rights have been violated.