UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LUIS DEGANTE ET AL #27241-078,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-00662<br>SEC P |
| VERSUS | JUDGE DRELL |
| DR. MARKEY,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 27), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the claim raised under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) (ECF No. 9) is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B) and § 1915A.

To determine whether Plaintiff is entitled to relief under the Federal Tort Claims Act, IT IS FURTHER ORDERED that the United States be added as the sole remaining Defendant and served with process pursuant to a separate forthcoming Order from the Magistrate Judge.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 30th day of November, 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT