RECEIVED

JAN 2 5 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

22-cv-662

Luis DeGante

V.

UNITed STaTeS oF AmeRICA

No: 1:22-CV-0062

SEC P

JUDGE DRELL

MAGISTRATE JUDGE Perez-Montez

## Amend The complaint

I Luis DeGante would like to Amend the complaint, And proceed on my own, I will be EXcluding My wife (Joselyn Rodriguez) My mother (Rosalinda mohammed,) and (Sister, Diana Perez) I have no further objections and will proceed for negligence under (FTCA) Federal Tort claim Act. AN for pain and suffering.