UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LUIS DEGANTE ET AL #27241-078,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-00662<br>SEC P |
| VERSUS | JUDGE DRELL |
| DR. MARKEY,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 27), and after a de novo review of the record including the Objection filed by Plaintiff (ECF No. 29), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that the claim raised under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) against Dr. Markey is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B) and § 1915A.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 9th day of March 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT