UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LUIS DEGANTE #27241-078 | CASE NO. 1:22-CV-00662 SEC P |
| -vs- | JUDGE DRELL |
| USA | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 98), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 85) is GRANTED and this civil action is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 12th day of December 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT